IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 11-cv-03196-JLK

24 HOUR FITNESS, USA, INC., a California corporation d/b/a 24 HOUR FITNESS,

    Plaintiff,

v.

ERIN ADDESSO,

    Defendant.

## FINAL JUDGMENT

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order (Docket No. 27) entered by Judge John L. Kane on January 9, 2013, incorporated herein by reference, it is

ORDERED that Littler Mendelson's Motion to Reconsider September 24, 2012 Order Or, Alternatively, To Provide Relief From Order (Doc No. 25) is DENIED. It is

FURTHER ORDERED that this civil action is DISMISSED WITHOUT PREJUDICE.

Dated at Denver, Colorado, this 22nd day of January, 2013.

                FOR THE COURT:

                JEFFREY P. COLWELL, CLERK

                By: s/ Edward P. Butler
                      Edward P. Butler, Deputy Clerk